UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>CELSIUS NETWORK, LLC and ALEXANDER MASHINSKY,<br><br>　　　　　　　　　Defendants. | Case No. 1:23-cv-6008<br><br>MOTION FOR ADMISSION PRO HAC VICE |

　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, attorney applicant Jason Gizzarelli hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff COMMODITY FUTURES TRADING COMMISSION in the above-captioned action.

　　I am in good standing of the bar of the Commonwealth of Virginia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 14, 2023　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　*s/Jason Gizzarelli*
　　　　　　　　　　　　　　　　　　　　　Jason Gizzarelli (*pro hac vice* applicant)
　　　　　　　　　　　　　　　　　　　　　Senior Trial Attorney
　　　　　　　　　　　　　　　　　　　　　Commodity Futures Trading Commission
　　　　　　　　　　　　　　　　　　　　　1155 21st Street, N.W., Washington, DC 20581
　　　　　　　　　　　　　　　　　　　　　Phone: (202) 418-5000, jgizzarelli@cftc.gov