UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COMMODITY FUTURES TRADING
COMMISSION,

        Plaintiff,

    -against-

CELSIUS NETWORK, LLC and ALEXANDER
MASHINSKY,

        Defendants.

Case No.   1:23-cv-6008

**DECLARATION IN SUPPORT OF
ADMISSION PRO HAC VICE**

---

I, Jason Gizzarelli, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney representing Plaintiff Commodity Futures Trading Commission. I submit this Declaration in support of my Motion for Admission Pro Hac Vice in the above captioned case.

2. I am in good standing of the bar of the Commonwealth of Virginia, and there are no pending disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. Attached hereto is a true and correct copy of a Certificate of Good Standing issued by the Supreme Court of Virginia within the last year.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 13, 2023

                                                                Jason Gizzarelli (*pro hac vice* applicant)

2