# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Jason Joel Gizzarelli

was admitted to practice as an attorney and counsellor at the bar of this Court on November 2, 1998.

I further certify that so far as the records of this office are concerned, Jason Joel Gizzarelli is a member of the bar of this Court in good standing.

**Witness** my hand and seal of said Court
This 14th day of June
A.D. 2023

By: *[signature]*
*Deputy Clerk*