UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>      Plaintiff,<br><br>    -against-<br><br>CELSIUS NETWORK, LLC and ALEXANDER MASHINSKY,<br><br>      Defendants. | Case No. 1:23-cv-6008<br><br>MOTION FOR ADMISSION<br>PRO HAC VICE |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, attorney applicant Paul Hayeck hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff COMMODITY FUTURES TRADING COMMISSION in the above-captioned action.

  I am in good standing with the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 14, 2023         Respectfully Submitted,

                <u>s/Paul G. Hayeck</u>
                Paul G. Hayeck (*pro hac vice* applicant)
                Deputy Director
                Commodity Futures Trading Commission
                1155 21st Street, N.W., Washington, DC 20581
                Phone: (202) 418-5000, phayeck@cftc