UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>                Plaintiff,<br><br>-against-<br><br>CELSIUS NETWORK, LLC and ALEXANDER MASHINSKY,<br><br>                Defendants. | Case No.   1:23-cv-6008<br><br>DECLARATION IN SUPPORT OF ADMISSION PRO HAC VICE |

I, Paul G. Hayeck, declare pursuant to 28 U.S.C. § 1746 as follows:

1.     I am an attorney representing Plaintiff Commodity Futures Trading Commission. I submit this Declaration in support of my Motion for Admission Pro Hac Vice in the above captioned case.

2.     I am in good standing of the bar of the Commonwealth of Massachusetts, and there are no pending disciplinary proceedings against me in any state or federal court.

3.     I have never been convicted of a felony.

4.     I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5.     Attached hereto is a true and correct copy of a Certificate of Good Standing issued by the bar of the Commonwealth of Massachusetts within the last thirty days.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 13, 2023    _____                  Paul G. Hayeck (*pro hac vice* applicant)