UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>      Plaintiff,<br><br>    -against-<br><br>CELSIUS NETWORK, LLC and ALEXANDER MASHINSKY,<br><br>      Defendants. | Case No. 1:23-cv-6008<br><br>MOTION FOR ADMISSION PRO HAC VICE |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, attorney applicant Traci Rodriguez hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff COMMODITY FUTURES TRADING COMMISSION in the above-captioned action.

  I am in good standing of the bar of the state of Maryland and the District of Columbia bar and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 14, 2023            Respectfully Submitted,

                     *s/Traci L. Rodriguez*
                     Traci L. Rodriguez (*pro hac vice* applicant)
                     Chief Trial Attorney
                     Commodity Futures Trading Commission
                     1155 21st Street, N.W., Washington, DC 20581
                     Phone: (202) 418-5000
                     trodriguez@cftc.gov