UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>      Plaintiff,<br><br>     -against-<br><br>CELSIUS NETWORK, LLC and ALEXANDER MASHINSKY,<br><br>      Defendants. | Case No. 1:23-cv-6008<br><br>DECLARATION IN SUPPORT OF ADMISSION PRO HAC VICE |

I, Traci L. Rodriguez, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney representing Plaintiff Commodity Futures Trading Commission. I submit this Declaration in support of my Motion for Admission Pro Hac Vice in the above captioned case.

2. I am in good standing of the bar of the state of Maryland and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. Attached is a true and correct copy of a Certificate of Good Standing issued by the Supreme Court of Maryland and the District of Columbia bar within the last thirty days.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 13, 2023

                         Traci L. Rodriguez (*pro ha*