UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

COMMODITY FUTURES TRADING COMMISSION,

           Plaintiff,                        ECF Case

- against -                          No. 23 Civ. 6008 (ER)

ALEXANDER MASHINSKY,

           Defendant.                   **NOTICE OF MOTION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the Indictment in the criminal case *United States v. Mashinsky, et al.*, 23 Cr. 347 (JGK) (the "Criminal Case"); and the accompanying memorandum of law, the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, and Allison Nichols and Adam Hobson, Assistant United States Attorneys, will move this Court for an order (i) to intervene in the above-captioned case, pursuant to Rule 24 of the Federal Rules of Civil Procedure, and (ii) to stay this matter in its entirety until the conclusion of the Criminal Case, as well as for such other relief as the Court deems just and proper.

Dated: New York, New York
       September 18, 2023

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

/s/ _____
Allison Nichols
Adam Hobson
Assistant United States Attorneys
Telephone: (212) 637-2366