UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

COMMODITY FUTURES TRADING
COMMISSION,

    Plaintiff,

 - against -

ALEXANDER MASHINSKY,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ECF Case

No. 23 Civ. 6008 (ER)

**ORDER**

 WHEREAS, on September 18, 2023, the Government submitted a motion seeking to intervene in this action and to stay this matter in its entirety in light of the pendency of the parallel criminal action *United States v. Mashinsky, et al.*, 23 Cr. 347 (JGK) (the "Criminal Case"), in which an indictment has been returned; and

 WHEREAS, defendant Alexander Mashinsky consents to the stay of this matter in its entirety;

 WHEREAS, the CFTC does not object to the Government's request to stay this matter in its entirety; and

 WHEREAS, the Court finds that a stay of this matter in its entirety is in furtherance of the interests of justice and will not prejudice any party; it is

**ORDERED** that the Government's motion to intervene is GRANTED. It is further

**ORDERED** that this matter is stayed in its entirety until the completion of the Criminal Case.

SO ORDERED.

_____
HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

September 19, 2023
New York, New York