UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

v.

CELSIUS NETWORK, LLC and ALEXANDER MASHINSKYKEN,

Defendants.

**ORDER**
23 Civ. 6008 (ER)

EDGARDO RAMOS, United States District Judge:

On July 17, 2023, the Court entered a consent order for a permanent injunction against Celsius Network, LLC, effecting a full and final settlement of all allegations and issues raised in the complaint. Doc. 11. On June 12, 2026, the Court entered a consent order for a permanent injunction and other equitable relief against the only remaining defendant, Alexander Mashinsky, to effect settlement of all claims against him. Doc. 34. The Clerk of the Court is respectfully directed to close the case.

SO ORDERED.

Dated: October 14, 2026
New York, New York

EDGARDO RAMOS
United States District Judge